UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

WILLIAM D. SHIVES

MICHELLE D. SHIVES

     Plaintiffs,

V.                                CIVIL ACTION NO

CORPORATE RECEIVABLES, INC.

     Defendant.                      NOVEMBER 12, 2009

## COMPLAINT

1. Plaintiffs seek relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code Commercial Law Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C. §1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff William D. Shives and Michelle D. Shives are natural people who reside in Glen Burnie, MD.

4. Defendant is a licensed collection agency and has a place of business at 3003 N. CENTRAL AVENUE, SUITE 320, PHOENIX, AZ 85012-0000

5. Plaintiffs are consumers within the FDCPA.

6. Defendant is a debt collector within the FDCPA.

7. Defendant is a collector within the MCDCA.

8. Defendant communicated with Plaintiffs or others on or after one year before the date of this action, in connection with collection efforts with regard to Plaintiff's disputed personal debt.

9. The Plaintiff William Shives was contacted by the Defendant via telephone and he attempted to dispute a debt alleged by Defendant to be owed by Plaintiff William Shives.

10. The Defendant advised Plaintiff William Shives that he had no right to dispute the alleged debt owed. This statement is false misleading and deceptive in violation of §1692e and §1692g.

11. Plaintiff William Shives advised the Defendant that this was not his debt and he was not legally responsible for this debt.

12. Defendant pulled or cause to be pulled the Plaintiff William Shives credit report on May 14, 2009 in violation of the FDCPA and FCRA.

13. Defendant called the Plaintiff William Shives numerous times, including May 14, 2009, May 15, 2009 and May 18, 2009, on a debt he did not owe and intended to harass him in violation of the FDCPA.

14. Defendant advised the Plaintiff William Shives that if he didn't pay this debt immediately, the collector would destroy his good credit rating, which overshadowed the validation of debt clause and other subsections of the FDCPA.

15. In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692e, f and g.

## SECOND COUNT:

16. The allegations of the First Count are repeated and realleged as if fully set forth herein.

17. The Plaintiff William Shives disputed the accuracy of the amount of the debt Corporate Receivables Inc., was attempting to collect and so advised the Defendant.

18. Defendant willfully or negligently pulled or caused the credit report of the Plaintiff to be pulled on May 14, 2009, in violation of the FCRA.

19. As a result of the above alleged FCRA violations, Plaintiff has suffered substantial actual damages in frustration, anger humiliation, fee, embarrassment and other emotional and mental anguish.

20. As a result of these FCRA violations, defendant is liable to Plaintiff for statutory damages of pursuant to 15 U.S.C. 1681n(a)(2), and for attorneys fees and costs pursuant to 1681n and 1681o.

## THIRD COUNT:

21. The allegations of the First Count are repeated and realleged as if fully set forth herein.

22. The Defendant communicated with William Shives and discussed the debt alleged to belong to Plaintiff Michelle Shives in violation of §1692c (b).

23. The Defendant communicated with a third party attempting to collect a debt alleged to be owed by Michelle Shives in violation of the FDCPA.

24. In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692c, e, f and g.

## FOURTH COUNT:

25. The allegations of the First Count are repeated and realleged as if fully set forth herein.

26. Within three years prior to the date of this action Defendant has engaged in acts and practices as to Plaintiff in violation of the Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA").

27. Defendant has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code Commercial Law Consumer Practices Act § 13-301 et seq.

WHEREFORE Plaintiffs respectfully requests this Court to:

1.  Award Plaintiffs statutory damages pursuant to the FDCPA on Count I.

2.  Award Plaintiffs statutory damages pursuant to the FCRA on Count II.

3.  Award Plaintiffs statutory damages pursuant to the FDCPA on Count III.

4.  Award Plaintiffs statutory damages pursuant to the MCDCA on Count IV.

4.  Award such other and further relief as this Court may see fit.

THE PLAINTIFFS

BY_____

Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph   (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com